FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

2019 JUN -5 PM 3: 23

US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

UNITED STATES OF AMERICA

v.

CASE NO. 6:19-cr-132-Orl-18DCI

21 U.S.C. § 846

BENJAMIN GREEN ROBINSON

# INDICTMENT

The Grand Jury charges:

## COUNT ONE

Beginning on an unknown date, but no later than on or about January 4, 2016, and continuing through on or about February 6, 2016, in the Middle District of Florida, and elsewhere, the defendant,

BENJAMIN GREEN ROBINSON.

did knowingly, willfully, and intentionally conspire with other persons, both known and unknown to the Grand Jury, to distribute and possess with intent to distribute a controlled substance, which violation involved 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, and is therefore punished under 21 U.S.C. § 841(b)(1)(B).

In violation of 21 U.S.C. § 846.

## **FORFEITURE**

1. The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 21 U.S.C. § 853.

2. Upon conviction of a violation of 21 U.S.C. § 846, the defendant shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a)(1) and (2), any property constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as a result of such violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

3. If any of the property described above, as a result of any acts or omissions of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property, which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

A TRUE BILL,

_____
Foreperson

MARIA CHAPA LOPEZ
United States Attorney

By: _____
Dana E. Hill
Assistant United States Attorney

By: _____
Sara C. Sweeney
Assistant United States Attorney
Deputy Chief, Orlando Division

# UNITED STATES DISTRICT COURT
Middle District of Florida
Orlando Division

## THE UNITED STATES OF AMERICA

vs.

## BENJAMIN GREEN ROBINSON

## INDICTMENT

Violation:

21 U.S.C. § 846

A true bill,

_____
Foreperson

Filed in open court this 5th day of June, 2019.

_____
Clerk

Bail   $_____

GPO 863 525