USPS Tracking Intranet

## Product Tracking & Reporting

Home    Search    Reports    Manual Entry    Rates/ Commitments    PTR / EDW    USP...

### USPS Tracking Intranet Tracking Number Result

Result for Domestic Tracking Number 9505 5128 5822 6012 1847 09

#### Destination and Origin

**Destination**

| ZIP Code | City | State |
|---|---|---|
| 327714144 | SANFORD | FL |

**Origin**

| ZIP Code | City | State |
|---|---|---|
| 907039998 | CERRITOS | CA |

#### Tracking Number Classification

**Class/Service**
- Class/Service: Priority Mail USPS Tracking
- Class of Mail Code/Description: PM / Priority Mail 2-Day™

**Destination Address Information**
- Address: 120 COUNTRY CLUB DR
- City: SANFORD
- State: FL
- 5-Digit ZIP Code: 32771
- 4-Digit ZIP Code add on: 4144
- Delivery Point Code: 20
- Record Type Code: Street Record
- Delivery Type: Residential, Sidewalk

**Origin / Return / Pickup Address Information**
- Address:
- City:
- State:
- 5-Digit ZIP Code: 90703
- 4-Digit ZIP Code add on: 9998

**Service Delivery Information**
- Service Performance Date: Scheduled Delivery Date: Thursday, 01/14/2016
- Network Predicted Delivery Date: Thursday, 01/14/2016
- Delivery Date from AAU (Notification Delivery Date): Thursday, 01/14/2016
- Zone: 08
- PO Box: N
- Other Information: Service Calculation Information

**Payment**
- Payment Type: Other Postage
- Payment Account Number: 000000000000
- Postage: $17.90
- Weight: 9 lb(s) 0 oz(s)
- Rate Indicator: PRIORITY MAIL LARGE FLAT RATE BOX

Agent Information

**Extra Services**

**Extra Services Details**

| Description | Amount |
|---|---|
| USPS Tracking | |
| Insurance <= $500 | $0.00 |
| Up to $50 insurance included | $0.00 |

U.S. District Court
Middle District of Florida
ORLANDO Division

**GOVERNMENT EXHIBIT**

Exhibit No.: **2**

Case No.: 6:19-cr-132-Orl-18DCI

UNITED STATES OF AMERICA

vs.

BENJAMIN GREEN ROBINSON

Date Identified: AUG 0 7 2019

Date Admitted: AUG 0 7 2019

Events

| Event | Event Code | Event Date | Event Time | Location | Input Method | Scanner ID | Carrier Route | Posting Date / Time (Control Time) | Other Information |
|---|---|---|---|---|---|---|---|---|---|
| DELIVERED, LEFT WITH INDIVIDUAL | 01 | 01/14/2016 | 13:50 | SANFORD, FL 32771 | Scanned | MDD 14295D823E (interface type - wireless) | Scanned by route 2771C005 | 01/14/2016 12:53:35 | Facility Finance Number: 118356 GEO Location Data Available |
| OUT FOR DELIVERY | OF | 01/14/2016 | 07:30 | SANFORD, FL 327714144 | System Generated | | | 01/14/2016 06:51:00 | |
| SORTING/PROCESSING COMPLETE | PC | 01/14/2016 | 07:20 | SANFORD, FL 327714144 | System Generated | | | 01/14/2016 06:32:33 | Distribution Complete Label ID: DC13 8072 4000 1601 1405 2447 |
| ARRIVAL AT UNIT | 07 | 01/14/2016 | 06:25 | SANFORD, FL 32773 | Scanned | PASS-001- | Destined to route C5 | 01/14/2016 05:35:47 | |
| ENROUTE/PROCESSED | 10 | 01/14/2016 | 00:31 | ORLANDO, FL 32324 | Scanned | SPSS-301-U | | 01/13/2016 23:37:33 | |
| ENROUTE/PROCESSED | 10 | 01/12/2016 | 22:47 | LOS ANGELES, CA 90052 | Scanned | APPS-071-2 | | 01/13/2016 01:20:10 | |
| DEPART POST OFFICE | SF | 01/12/2016 | 16:44 | CERRITOS, CA 907039998 | System Generated | | | 01/12/2016 18:54:38 | Closeout Label ID: CT13 5342 0000 1601 1218 4819 |
| ACCEPT OR PICKUP | 03 | 01/12/2016 | 14:58 | CERRITOS, CA 907039998 | Scanned | POS 285822 | Destined to route C005 | 01/12/2016 17:22:34 | Facility Finance Number: 060348 |

Enter up to 35 items separated by commas.

Select Search Type: Quick Search    Submit

Product Tracking & Reporting, All Rights Reserved
Version: 6.0.0.12

https://pts-2.usps.gov/pts2-web/tcIntranetTrackingNumResponse?label=950551285822601... 1/26/2016

2273



Jan 12, 18
0503480027-02

**PRIORITY MAIL ®2-Day**   C005

Expected Delivery Day: 01/14/2018

USPS TRACKING NUMBER

9505 5126 5822 6012 1847 09

FLAT RATE BOX
DOMESTIC AND
INTERNATIONAL USE

LFRBH15 Oct 20
ID: 12 x 12 x 5.5
OD: 12.25 x 12.
ODCUFT: 0.5

PS00011036902

**PRIORITY MAIL** — UNITED STATES POSTAL SERVICE

VISIT US AT USPS
ORDER FREE SUPPLIES

FROM: David Castillo
13657 Abana Dr.
Cerritos CA. 90703

TO: Anthony Mills
120 Country Club Dr.
Sanford FL 32771

Label 228, July 2015

FOR DOMESTIC AND INTER

2274

## Product Tracking & Reporting

*UNITED STATES POSTAL SERVICE*

Home    Search    Reports    Manual Entry    Reject Conditionals    PTR / EDW    USPS Corporate Accounts    January 26, 2016

Help

### USPS Tracking Intranet Tracking Number Result

Result for Domestic Tracking Number 9505 5111 2176 6012 5565 27

**Destination and Origin**

Destination

| ZIP Code | City | State |
|---|---|---|
| 321174525 | DAYTONA BEACH | FL |

Origin

| ZIP Code | City | State |
|---|---|---|
| 902419998 | DOWNEY | CA |

**Tracking Number Classification**

### Class/Service
- Class/Service: Priority Mail USPS Tracking
- Class of Mail Code/Description: PM / Priority Mail 3-Day™

### Destination Address Information
- Address: 1621 3RD ST
- City: DAYTONA BEACH
- State: FL
- 5-Digit ZIP Code: 32117
- 4-Digit ZIP Code add on: 4525
- Delivery Point Code: 21
- Record Type Code: Street Record
- Delivery Type: Residential, Other

### Origin / Return / Pickup Address Information
- Address:
- City:
- State:
- 5-Digit ZIP Code: 90241
- 4-Digit ZIP Code add on: 9998

### Service Delivery Information
- Service Performance Date: Scheduled Delivery Date: Friday, 01/15/2016
- Network Predicted Delivery Date: Thursday, 01/14/2016
- Delivery Date from AAU (Notification Delivery Date): Thursday, 01/14/2016
- Delivery Option Indicator: 1 - Normal Delivery
- Zone: 08
- PO Box: N
- Other Information: Service Calculation Information

### Payment
- Payment Type: Other Postage
- Payment Account Number: 000000000000
- Postage: $17.90
- Weight: 8 lb(s) 7 oz(s)
- Rate Indicator: PRIORITY MAIL LARGE FLAT RATE BOX

Agent Information

**Extra Services**

Extra Services Details

| Description | Amount |
|---|---|
| USPS Tracking | |
| Up to $50 insurance included | $0.00 |

## Events

| Event | Event Code | Event Date | Event Time | Location | Input Method | Scanner ID | Carrier Route | Posting Date / Time (Central Time) | Other Information |
|---|---|---|---|---|---|---|---|---|---|
| DELIVERED, FRONT DOOR/PORCH | 01 | 01/14/2016 | 09:39 | DAYTONA BEACH, FL 32117 | Scanned | MOD 1-200D0rE2 (interface type - wireless) | Scanned by route 2117C033 | 01/14/2016 08:40:39 | Facility Finance Number: 112100 GEO Location Data Available |
| OUT FOR DELIVERY | OF | 01/14/2016 | 08:46 | DAYTONA BEACH, FL 321174525 | System Generated | | | 01/14/2016 08:17:22 | |
| SORTING/PROCESSING COMPLETE | PC | 01/14/2016 | 03:30 | DAYTONA BEACH, FL 321174525 | System Generated | | | 01/14/2016 07:58:30 | Distribution Complete Label ID DC13 6040 8000 1601 1407 4923 |
| ARRIVAL AT UNIT | 07 | 01/14/2016 | 07:13 | DAYTONA BEACH, FL 32114 | Scanned | PASS-001- | Destined to route C33 | 01/14/2016 06:24:35 | |
| CONTAINER CLOSE | C1 | 01/14/2016 | 02:05 | ORLANDO, FL 32824 | Container Generated | 240X1501647 | | 01/14/2016 01:58:47 | Container ID: 99P321172G-00C/GP-11702860 Container Type: GAYLORD 4FT |
| ENROUTE/PROCESSED | 10 | 01/13/2016 | 19:56 | ORLANDO, FL 32824 | Scanned | APPS-011-1 | | 01/13/2016 19:02:37 | |
| DEPART POST OFFICE | SF | 01/12/2016 | 16:24 | DOWNEY, CA 902419998 | System Generated | | | 01/12/2016 18:40:22 | Closeout Label ID CT13 8214 8000 160 1213 3019 |
| ACCEPT OR PICKUP | 03 | 01/12/2016 | 15:27 | DOWNEY, CA 902419998 | Scanned | POS 112176 | Destined to route C033 | 01/12/2016 17:35:30 | Facility Finance Number: 052259 |

Enter up to 35 items separated by commas.

Select Search Type: Quick Search ▽    Submit

Product Tracking & Reporting. All Rights Reserved
Version: 6.0.0.12

https://pts-2.usps.gov/pts2-web/tcIntranetTrackingNumResponse?label=9505511121766601...   1/26/2016

2276



Help

## Product Tracking & Reporting

UNITED STATES POSTAL SERVICE

Home    Search    Reports    Manual Entry    Rates/Consolidation    PTR / GDW    USPS Corporate Accounts    January 26, 2016

### USPS Tracking Intranet Tracking Number Result

**Result for Domestic Tracking Number 9505 5110 2639 6013 4528 16**

#### Destination and Origin

**Destination**

| ZIP Code  | City    | State |
|-----------|---------|-------|
| 327714203 | SANFORD | FL    |

**Origin**

| ZIP Code  | City    | State |
|-----------|---------|-------|
| 906309998 | CYPRESS | CA    |

#### Tracking Number Classification

**Class/Service**
- Class/Service: Priority Mail USPS Tracking
- Class of Mail Code/Description: PM / Priority Mail 2-Day™

**Destination Address Information**
- Address: 2101 HARTWELL AVE
- City: SANFORD
- State: FL
- 5-Digit ZIP Code: 32771
- 4-Digit ZIP Code add on: 4203
- Delivery Point Code: 01
- Record Type Code: Street Record
- Delivery Type: Residential, CBU

**Origin / Return / Pickup Address Information**
- Address:
- City:
- State:
- 5-Digit ZIP Code: 90630
- 4-Digit ZIP Code add on: 9998

**Service Delivery Information**
- Service Performance Date: Scheduled Delivery Date: Friday, 01/15/2016
- Network Predicted Delivery Date: Friday, 01/15/2016
- Delivery Date from AAU (Notification Delivery Date): Friday, 01/15/2016
- Delivery Option Indicator: 1 - Normal Delivery
- Zone: 08
- PO Box: N
- Other Information: Service Calculation Information

**Payment**
- Payment Type: Other Postage
- Payment Account Number: 000000000000
- Postage: $17.90
- Weight: 9 lb(s) 7 oz(s)
- Rate Indicator: PRIORITY MAIL LARGE FLAT RATE BOX

**Agent Information**

#### Extra Services

**Extra Services Details**

| Description                     | Amount |
|---------------------------------|--------|
| USPS Tracking                   |        |
| Up to $50 insurance included    | $0.00  |

https://pts-2.usps.gov/pts2-web/tcIntranetTrackingNumResponse?label=950551102639601...    1/26/2016

2282

## Events

| Event | Event Code | Event Date | Event Time | Location | Input Method | Scanner ID | Carrier Route | Posting Date/Time (Central Time) | Other Information |
|---|---|---|---|---|---|---|---|---|---|
| DELIVERED, LEFT WITH INDIVIDUAL | 01 | 01/15/2016 | 11:59 | SANFORD, FL 32771 | Scanned | MDD 1429SD826E (interface type - wireless) | Scanned by route 2771C005 | 01/15/2016 11:01:33 | Facility Finance Number: 118356 GEO Location Data Available |
| OUT FOR DELIVERY | OF | 01/15/2016 | 08:16 | SANFORD, FL 327714203 | System Generated | | | 01/15/2016 07:41:53 | |
| SORTING/PROCESSING COMPLETE | FC | 01/15/2016 | 08:06 | SANFORD, FL 327714203 | System Generated | | | 01/15/2016 07:20:38 | Distribution Complete Label ID: DC:3 8072 4003 1601 1507 1246 |
| ARRIVAL AT UNIT | 07 | 01/15/2016 | 07:17 | SANFORD, FL 32773 | Scanned | PASS-001- | Destined to route C5 | 01/15/2016 06:21:39 | |
| ENROUTE/PROCESSED | 10 | 01/14/2016 | 21:45 | ORLANDO, FL 32824 | Scanned | SPSS-001-IU | | 01/14/2016 20:54:41 | |
| DEPART POST OFFICE | 9F | 01/13/2016 | 15:35 | CYPRESS, CA 908309998 | System Generated | | | 01/13/2016 17:48:35 | Closeout Label ID: CT13 8012 2000 1601 1317 4010 |
| ACCEPT OR PICKUP | 03 | 01/13/2016 | 12:34 | CYPRESS, CA 908309998 | Scanned | POS 102639 | Destined to route C005 | 01/13/2016 14:48:39 | Facility Finance Number: 051980 |

Enter up to 35 items separated by commas.

Select Search Type: [Quick Search ▼]   [Submit]

Product Tracking & Reporting, All Rights Reserved
Version: 6.0.0.12



FROM: Jessie Ailan
13735 Bennett Dr.
Cerritos, CA 90703

TO: Robert White
2101 Hartwell Ave
Sanford FL 32771

Origin: 90630
Destination: 32771
9 lb. 7.0 oz.
Jan 13, 16
0519800130-13

Expected Delivery Day: 01/15/16

9505 5110 2639 6013 4528 16

US POSTAGE PAID
$17.90
PRIORITY MAIL® 2-DAY
1023

2284



Help

# Product Tracking & Reporting

UNITED STATES POSTAL SERVICE

Home   Search   Reports   Manual Entry   Submit Commitments   PTR / EOW   USPS Corporate Accounts   January 26, 2016

## USPS Tracking Intranet Tracking Number Result

Result for Domestic Tracking Number 9505 5110 4054 6021 5171 55

### Destination and Origin

**Destination**

| ZIP Code | City | State |
|---|---|---|
| 327389291 | DELTONA | FL |

**Origin**

| ZIP Code | City | State |
|---|---|---|
| 906309998 | CYPRESS | CA |

### Tracking Number Classification

**Class/Service**

- Class/Service: Priority Mail USPS Tracking
- Class of Mail Code/Description: PM / Priority Mail 3-Day™

**Destination Address Information**

- Address: 530 KANGLEY AVE
- City: DELTONA
- State: FL
- 5-Digit ZIP Code: 32738
- 4-Digit ZIP Code add on: 9291
- Delivery Point Code: 30
- Record Type Code: Street Record
- Delivery Type: Residential, Sidewalk

**Origin / Return / Pickup Address Information**

- Address:
- City:
- State:
- 5-Digit ZIP Code: 90630
- 4-Digit ZIP Code add on: 9998

**Service Delivery Information**

- Service Performance Date: Scheduled Delivery Date: Monday, 01/25/2016
- Network Predicted Delivery Date: Monday, 01/25/2016
- Delivery Date from AAU (Notification Delivery Date): Monday, 01/25/2016
- Delivery Option Indicator: 1 - Normal Delivery
- Zone: 08
- PO Box: N
- Other Information: Service Calculation Information

**Payment**

- Payment Type: Other Postage
- Payment Account Number: 000000000000
- Postage: $18.75
- Weight: 9 lb(s) 15 oz(s)
- Rate Indicator: PRIORITY MAIL LARGE FLAT RATE BOX

Agent Information

### Extra Services

**Extra Services Details**

| Description | Amount |
|---|---|
| USPS Tracking | |
| Up to $50 insurance included | $0.00 |

https://pts-2.usps.gov/pts2-web/tcIntranetTrackingNumResponse?label=950551104054602...   1/26/2016

2424

### Events

| Event | Event Code | Event Date | Event Time | Location | Input Method | Scanner ID | Carrier Route | Posting Date / Time (Central Time) | Other Information |
|---|---|---|---|---|---|---|---|---|---|
| DELIVERED, FRONT DOOR/PORCH | 01 | 01/25/2016 | 15:38 | DELTONA, FL 32738 | Scanned | MDD 14273D8209 (interface type - wireless) | Scanned by route 2738C055 | 01/25/2016 14:40:40 | Facility Finance Number: 112311 GEO Location Data Available |
| OUT FOR DELIVERY | OF | 01/25/2016 | 07:55 | DELTONA, FL 327389291 | System Generated | | | 01/25/2016 07:21:46 | |
| SORTING/PROCESSING COMPLETE | PC | 01/25/2016 | 07:45 | DELTONA, FL 327389291 | System Generated | | | 01/25/2016 07:01:25 | Distribution Complete Label ID: DC13 6004 9000 1001 2508 5200 |
| ARRIVAL AT UNIT | 07 | 01/25/2016 | 04:41 | DELTONA, FL 32738 | Scanned | PASS-001- | Destined to route C55 | 01/25/2016 03:52:30 | |
| ENROUTE/PROCESSED | 10 | 01/24/2016 | 22:14 | ORLANDO, FL 32824 | Scanned | APPS-041-1 | | 01/24/2016 21:24:37 | |
| ENROUTE/PROCESSED | 10 | 01/21/2016 | 20:37 | CITY OF INDUSTRY, CA 91715 | Scanned | PSS-002-65 | | 01/21/2016 22:39:35 | |
| ENROUTE/PROCESSED | 10 | 01/21/2016 | 20:35 | CITY OF INDUSTRY, CA 91715 | Scanned | SPBSTS-001-000003 | | 01/21/2016 22:42:12 | |
| ENROUTE/PROCESSED | 10 | 01/21/2016 | 19:03 | CITY OF INDUSTRY, CA 91715 | Scanned | SPBSTS-004-000003 | | 01/21/2016 21:13:33 | |
| DEPART POST OFFICE | SF | 01/21/2016 | 17:47 | CYPRESS, CA 906309998 | System Generated | | | 01/21/2016 20:47:37 | Closeout Label ID: CT13 9017 3060 1601 7120 3935 |
| ACCEPT OR PICKUP | 03 | 01/21/2016 | 14:21 | CYPRESS, CA 906309998 | Scanned | POS 104054 | Destined to route C055 | 01/21/2016 16:35:40 | Facility Finance Number: 051980 UPC Barcode: PS00C11C00002 |

Enter up to 35 items separated by commas.

Select Search Type: Quick Search ▾    Submit

Product Tracking & Reporting, All Rights Reserved
Version: 6.0.0.12

https://pts-2.usps.gov/pts2-web/tcIntranetTrackingNumResponse?label=950551104054602...   1/26/2016

2425



# Product Tracking & Reporting

Home    Search    Reports    Manual Entry    Rates/Commitments    PTR/SDW    USPS Corporate Accounts

January 26, 2016

## USPS Tracking Intranet Tracking Number Result

Result for Domestic Tracking Number 9505 5110 4054 6021 5180 53

### Destination and Origin

**Destination**

| ZIP Code | City | State |
|---|---|---|
| 327712338 | SANFORD | FL |

**Origin**

| ZIP Code | City | State |
|---|---|---|
| 906309998 | CYPRESS | CA |

### Tracking Number Classification

#### Class/Service
- Class/Service: Priority Mail USPS Tracking
- Class of Mail Code/Description: PM / Priority Mail 2-Day™

#### Destination Address Information
- Address: 1712 W 8TH ST
- City: SANFORD
- State: FL
- 5-Digit ZIP Code: 32771
- 4-Digit ZIP Code add on: 2338
- Delivery Point Code: 12
- Record Type Code: Street Record
- Delivery Type: Residential, Sidewalk

#### Origin / Return / Pickup Address Information
- Address:
- City:
- State:
- 5-Digit ZIP Code: 90630
- 4-Digit ZIP Code add on: 9998

#### Service Delivery Information
- Service Performance Date: Scheduled Delivery Date: Saturday, 01/23/2016
- Network Predicted Delivery Date: Monday, 01/25/2016
- Delivery Option Indicator: 1 - Normal Delivery
- Zone: 08
- PO Box: N
- Other Information: Service Calculation Information

#### Payment
- Payment Type: Other Postage
- Payment Account Number: 000000000000
- Postage: $18.75
- Weight: 9 lb(s) 1 oz(s)
- Rate Indicator: PRIORITY MAIL LARGE FLAT RATE BOX

Agent Information

### Extra Services

### Extra Services Details

| Description | Amount |
|---|---|
| USPS Tracking Up to $50 insurance included | $0.00 |

### Events

| Event | Event Code | Event Date | Event Time | Location | Input Method | Scanner ID | Carrier Route | Posting Date / Time (Central Time) | Other Information |
|---|---|---|---|---|---|---|---|---|---|
| CONTAINER CLOSE | C1 | 01/24/2016 | 10:26 | ORLANDO, FL 32824 | Container Generated | 246X1501843 | | 01/24/2016 13:38:44 | Container ID: 09P3277712G-000JHD-185/1121 Container Type: GAYLORD 4FT |
| ENROUTE/PROCESSED | 10 | 01/24/2016 | 10:22 | ORLANDO, FL 32824 | Scanned | APPS-041-1 | | 01/24/2016 09:32:35 | |
| ENROUTE/PROCESSED | 10 | 01/23/2016 | 17:42 | PENSACOLA, FL 32522 | Scanned | SPBSTS-001-000002 | | 01/23/2016 17:50:35 | |
| DISPATCHED FROM SORT FACILITY | EF | 01/23/2016 | 03:47 | PENSACOLA, FL 32522 | System Generated | | | 01/23/2016 04:00:41 | Dispatch Label ID: DS14 4137 2533 1601 2303 4852 |
| ENROUTE/PROCESSED | 10 | 01/23/2016 | 03:32 | PENSACOLA, FL 32522 | Scanned | SPBSTS-001-000001 | | 01/23/2016 03:47:34 | |
| ENROUTE/PROCESSED | 10 | 01/21/2016 | 20:27 | CITY OF INDUSTRY, CA 91715 | Scanned | PSS-002-65 | | 01/21/2016 22:39:38 | |
| ENROUTE/PROCESSED | 10 | 01/21/2016 | 20:25 | CITY OF INDUSTRY, CA 91715 | Scanned | SPBSTS-001-000003 | | 01/21/2016 22:42:39 | |
| ENROUTE/PROCESSED | 10 | 01/21/2016 | 19:20 | CITY OF INDUSTRY, CA 91715 | Scanned | SPBSTS-004-000006 | | 01/21/2016 21:28:39 | |
| DEPART POST OFFICE | SF | 01/21/2016 | 17:47 | CYPRESS, CA 906309998 | System Generated | | | 01/21/2016 20:47:35 | Closeout Label ID: CT13 6012 3090 1001 2120 3935 |
| ACCEPT OR PICKUP | 03 | 01/21/2016 | 14:23 | CYPRESS, CA 906309998 | Scanned | POS 104054 | Destined to route C002 | 01/21/2016 16:36:38 | Facility Finance Number: 051980 UPC Barcode: PS00011000302 |

Enter up to 35 items separated by commas.

Select Search Type: Quick Search ▼   Submit

Product Tracking & Reporting, All Rights Reserved
Version: 6.0.0.12

https://pts-2.usps.gov/pts2-web/tcIntranetTrackingNumResponse?label=950551104054602...   1/26/2016

2428

**PRIORITY MAIL**



VISIT US AT USPS.C
ORDER FREE SUPPLIES ON

FROM: Anthony Diaz
5384 Delong St
Cypress, CA 90630

TO: Mark Anderson
1712 West 8th St.
Sanford Fl 32771

Label 228, July 2013

FOR DOMESTIC AND INTERNATIONAL U



Retail

# P

## US POSTAGE PAID
## $18.75

Origin: 90630
Destination: 32771
9 lb. 0.2 oz.
Jan 21, 16
0519800130-08

1023

## PRIORITY MAIL® 2-DAY

Expected Delivery Day: 01/23/16

## USPS TRACKING NUMBER



9505 5110 4054 6021 5180 53

2430

Help

**Product Tracking & Reporting**

UNITED STATES POSTAL SERVICE

Home    Search    Reports    Manual Entry    Rates/Commitments    PTR/EDW    USPS Corporate Accounts    January 26, 2016

## USPS Tracking Intranet Tracking Number Result

Result for Domestic Tracking Number 9505 5128 5821 6021 1929 25

### Destination and Origin

**Destination**

| ZIP Code | City | State |
|---|---|---|
| 327717232 | SANFORD | FL |

**Origin**

| ZIP Code | City | State |
|---|---|---|
| 907039998 | CERRITOS | CA |

### Tracking Number Classification

**Class/Service**

Class/Service: Priority Mail USPS Tracking
Class of Mail Code/Description: PM / Priority Mail 2-Day™

**Destination Address Information**

Address: 15207 MILLWOOD DR
City: SANFORD
State: FL
5-Digit ZIP Code: 32771
4-Digit ZIP Code add on: 7232
Delivery Point Code: 07
Record Type Code: Street Record
Delivery Type: Residential, Central

**Origin / Return / Pickup Address Information**

Address:
City:
State:
5-Digit ZIP Code: 90703
4-Digit ZIP Code add on: 9998

**Service Delivery Information**

Service Performance Date: Scheduled Delivery Date: Saturday, 01/23/2016
Network Predicted Delivery Date: Saturday, 01/23/2016
Zone: 08
PO Box: N
Other Information: Service Calculation Information

**Payment**

Payment Type: Other Postage
Payment Account Number: 000000000000
Postage: $18.75
Weight: 9 lb(s) 6 oz(s)
Rate Indicator: PRIORITY MAIL LARGE FLAT RATE BOX

Agent Information

### Extra Services

**Extra Services Details**

| Description | Amount |
|---|---|
| USPS Tracking | |
| Insurance <= $500 | $0.00 |
| Up to $50 insurance included | $0.00 |

### Events

| Event | Event Code | Event Date | Event Time | Location | Input Method | Scanner ID | Carrier Route | Posting Date / Time (Central Time) | Other Information |
|---|---|---|---|---|---|---|---|---|---|
| ENROUTE/PROCESSED | 10 | 01/22/2016 | 20:35 | ORLANDO, FL 32824 | Scanned | APPS-011-1 | | 01/22/2016 19:46:04 | |
| ENROUTE/PROCESSED | 10 | 01/21/2016 | 18:24 | LOS ANGELES, CA 90052 | Scanned | LCUS-003-02 | | 01/21/2016 20:32:35 | |
| DEPART POST OFFICE | SF | 01/21/2016 | 16:41 | CERRITOS, CA 907020998 | System Generated | | | 01/21/2016 16:52:41 | Closeout Label ID: CT14 4044 6000 1601 2118 4443 |
| ACCEPT OR PICKUP | 03 | 01/21/2016 | 14:01 | CERRITOS, CA 907039998 | Scanned | POS 265821 | Destined to route R021 | 01/21/2016 16:33:36 | Facility Finance Number: 050348 |

Enter up to 35 items separated by commas.

Select Search Type: Quick Search ▼    Submit

Product Tracking & Reporting. All Rights Reserved
Version: 6.0.0.12

https://pts-2.usps.gov/pts2-web/tcIntranetTrackingNumResponse?label=950551285821602...    1/26/2016

2365








**UNITED STATES POSTAL SERVICE**

US POSTAGE PAID $7.25

PRIORITY MAIL 2-Day

Expected Delivery Day: 01/23/2018

USPS TRACKING NUMBER

9505 5128 5521 8021 1928 25

PRIORITY MAIL

VISIT US AT USPS.COM

FROM: Luis Lopez
13240 Simora Pl
Cerritos CA 90103

TO: Angel Rodriguez
15207 Millwood Dr
Sanford, FL 32771

LAX -> UA-261
01/22/18
MCO

<385>

