| | LABEL # | FINANCE # | DATE OF MAILING | TIME OF MAILING | ZIP OF MAILING | DELIVERY ZIP | DATE OF DELIVERY | TIME OF DELIVERY | PARCEL WEIGHT | RETURN NAME / ADDRESS | DELIVERY NAME/ ADDRESS | IP | IMAGES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 321 / 327 MAILINGS | | | | | | | |
| 1 | 9505512858226012184709 | 0503480027 | 1/12/2016 | 2:58 PM | 90703 | 32771 | 1/14/2016 | 1:50 PM | 9 Lb(s) 0 oz(s) | David Castillo 13657 Alana Dr. Cerritos, CA 90703 | Anthony Mills 120 Country Club Dr. Sanford, FL 32771 | #1 #2 | |
| 2 | 9505511121766012556527 | 0522500440 | 1/12/2016 | 3:27 PM | 90241 | 32117 | 1/14/2016 | 9:39 AM | 8 Lb(s) 7 oz(s) | Mike Soto 90217 Stamps Ave. Downey, CA 90240 | Jason Pearson 1621 3rd St. Daytona Beach, FL 32117 | #1 #2 | |
| 3 | 9505511026396013452816 | 0519800130 | 1/13/2016 | 12:34 PM | 90630 | 32771 | 1/15/2016 | 11:58 AM | 9 Lb(s) 7 oz(s) | Jesse Avila 13735 Bannon Dr. Cerritos, CA 90703 | Robert White 2101 Hartwell Ave. Sanford, FL 32771 | #1 #2 #4 | |
| 4 | 9505512858246013185512 | 0503480027 | 1/13/2016 | 12:46 PM | 90703 | 32117 | SEIZED | | 9 Lb(s) 7 oz(s) | David Cortez 13843 Reva St. Cerritos, CA 90703 | Brian Stein 128 Big Ben Dr. Daytona Beach, FL 32117 | #1 #4-16 #20-22 | |
| 5 | 9505512858216021192925 | 0503480027 | 1/21/2016 | 2:01 PM | 90703 | 32771 | SEIZED | | 9 Lb(s) 6 oz(s) | Luis Lopez 13240 Semora PL Cerritos, CA 90703 | Angel Rodriguez 15207 Millwood Dr. Sanford, FL 32771 | #3 #8 #14 #16-20 | |
| 6 | 9505511040546021517155 | 0519800130 | 1/21/2016 | 2:21 PM | 90630 | 32738 | 1/25/2016 | 3:38 PM | 8 Lbs 15 oz(s) | Oscar Lugo 5649 Aspen St. Cypress CA 90630 | William Collins 530 Kangley Ave. Deltona, FL 32738 | #3 #7 | |
| 7 | 9505511040546021518053 | 0519800130 | 1/21/2016 | 2:23 PM | 90630 | 32771 | SEIZED | | 9 Lb(s) 1 oz(s) | Anthony Diaz 5384 Delong St. Cypress, CA 90630 | Mark Anderson 1712 West 8th St. Sanford, FL 32771 | #3 #8 #14 #16-20 | |