

Middle District of Florida
ORLANDO Division

**GOVERNMENT EXHIBIT**

Exhibit No.: **4**

Case No.: 6:19-cr-132-Orl-18DCI

UNITED STATES OF AMERICA

vs.

BENJAMIN GREEN ROBINSON

Date Identified: AUG 0 7 2019

Date Admitted: AUG 0 7 2019

PRIORITY MAIL

UNITED STATES POSTAL SERVICE

VISIT US AT USPS.COM
ORDER FREE SUPPLIES ONLINE

FROM: David Cortez
13843 Reva St
Cerritos CA 90703

TO: Brian Stein
128 Big Ben Dr.
Daytona Beach FL 32117

FOR DOMESTIC AND INTERNATIONAL USE

Label 228, July 2013









